UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.M., individually and on behalf of E.H., a child with a disability,

                      Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.

CIVIL ACTION NO.: 20 Civ. 8381 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 25, 2022, the Court orders as follows:

1. By **May 9, 2022**, Plaintiff shall file either (i) motion for leave to file an amended complaint, with a copy of the proposed amended pleading, or (ii) a status report with a proposal for how to proceed.

2. If Plaintiff elects to file a motion for leave to amend the complaint, Defendant shall file its opposition by **June 8, 2022**, and Plaintiffs shall file its reply, if any, by **June 22, 2022.**

Dated:    New York, New York
           April 25, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**